474 A.2d 694

Commonwealth v. Wilson, Appellant.

Submitted January 4, 1984. Benjamin Lerner, Assistant Public Defender for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.